IIN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| TANNENBAUM, KERRI-LYN | ) | |
| | ) | CASE NO. 05-01890 |
| | ) | |
| | ) | JUDGE MANUEL BARBOSA |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held.

   At:   U.S. BANKRUPTCY COURT
         Kane County Courthouse
         100 S. 3rd Street, Room 140
         Geneva, IL  60134

   on:   **January 22, 2009**
   at:   **10:00 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

   a. Receipts                                    $      1,250,000.00

   b. Disbursements                               $      1,015,188.21

   c. Net Cash Available for Distribution         $        234,811.79

4.   Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| JOSEPH R. VOILAND Trustee | $       0.00 | $   55,749.55 | $ |

JOSEPH R. VOILAND                               $           0.00    $                $         591.42
Trustee

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $11,165.13, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $100.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | American Express Centurion Bank | $2,717.39 | $2,717.39 |
| 2 | Kohl's Department Store | $858.64 | $858.64 |
| 3 | Bank One | $7,589.10 | $7,589.10 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Checking Account (West Suburban Bank) – Unknown; Household Goods - $500.00; Wearing Apparel - $1,000.00; 2000 Honda Civic - $3,900.00; Medical Aids & Equipment – $1,000.00.

The Trustee seeks abandonment of said assets because they are subject to Debtor's valid claim of exemption and/or a duly perfected lien and are of inconsequential value to the estate.

Dated:   **December 24, 2008**              For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                  Date Rcvd: Dec 24, 2008
Case: 05-01890                Form ID: pdf002              Total Served: 23

The following entities were served by first class mail on Dec 26, 2008.
db           +Kerri-Lyn Tannenbaum,    123 S Western Ave,    Aurora, IL 60506-4617
aty          +Joseph D Bode,   P O Box 2133,    Aurora, IL 60507-2133
tr           +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
8873368      +American Express,    P.O. Box 360001,    Ft. Lauderdale, FL 33336-0001
10627597      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
8873367      +Aurora Emergency Assoc,    c/o ICS,   P.O. Box 646,    Oak Lawn, IL 60454-0646
8873369       Aurora Rad. Consultants,    641 E. Butterfield Rd,    Lombard, IL 60148
12228552     +Bank One,    C/O Vativ as agent for Palisades Asta,     P.O. Box 19249,   Sugar Land, TX 77496-9249
8873358      +DuPage Radiologists,    P.O. Box 70,    Hinsdale, IL 60522-0070
8873362      +First Care,   1941 Selmarten Rd,    Aurora, IL 60505-1337
8873361      +Good Samaritan Hospital,    c/o Pellettieri & Assoc,    991 Oak Creek Dr,    Lombard, IL 60148-6408
8873360      +Joseph D. Bode,    Attorney for Debtor,    P.O. Box 2133,    Aurora, IL 60507-2133
8873354      +KerriLyn Tannenbaum,    123 S. Western Ave,    Aurora IL 60506-4617
10639092     +Kohl's Department Store,    c/o Creditors Bankruptcy Service,     P O Box 740933,
               Dallas, TX 75374-0933
8873356      +Kohls Dept. Store,    P.O. Box 3120,    Milwaukee, WI 53201-3120
8873363      +Med. Recovery Specialists,    2200 E. Devon Ave,    Des Plaines, IL 60018-4503
8873355      +Palisades Collection,    c/o Wolpoff & Abramson,    702 King Farm Blvd,    Rockville, MD 20850-5774
8873364      +Paramedic Service of IL,    9815 W. Lawrence Ave,    Schiller Park, IL 60176-1125
8873357      +Provena Mercy Center,    1325 N. Highland Ave,    Aurora, IL 60506-1449
8873370      +Riverside Psych & Counsel,    7234 W. Ogden Ave,    Riverside, IL 60546-2269
8873366      +Sherman Acquisition LP,    c/o Northland Group, Inc,    P.O. Box 390846,    Edna, MN 55439-0846
8873359      +Superior Air Ground Ambulance Service,    P.O. Box 1407,    Elmhurst, IL 60126-8407

The following entities were served by electronic transmission on Dec 24, 2008.
8873365       E-mail/PDF: mrdiscen@discoverfinancial.com Dec 25 2008 00:15:44      Discover Card,
               P.O. Box 30395,    Salt Lake City, UT  84130
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           The Law Firm of Thompson Lamont Flaherty & Masur
                                                                                               TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 26, 2008                    Signature:  *Joseph Speetjens*