# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: TANNENBAUM, KERRI-LYN   § Case No. 05-01890
                                §
                                §
                                §
Debtor(s)                       §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $6,400.00 | Assets Exempt: $12,700.00 |
| Total Distribution to Claimants: $12,380.42 | Claims Discharged Without Payment: $0.00 |
| Total Expenses of Administration: $1,071,529.18 | |

3) Total gross receipts of $ 1,250,044.37 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 166,134.77 (see **Exhibit 2**), yielded net receipts of $1,083,909.60 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (4/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,071,529.18 | 1,071,529.18 | 1,071,529.18 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 12,380.42 | 12,380.42 | 12,380.42 |
| **TOTAL DISBURSEMENTS** | $0.00 | $1,083,909.60 | $1,083,909.60 | $1,083,909.60 |

4) This case was originally filed under Chapter 7 on January 20, 2005.
. The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/25/2009       By: /s/JOSEPH R. VOILAND
                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (4/1/2009)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| personal injury claim | 1242-000 | 1,250,000.00 |
| Interest Income | 1270-000 | 44.37 |
| **TOTAL GROSS RECEIPTS** | | **$1,250,044.37** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| TANNENBAUM, KERRI-LYN | SURPLUS TO DEBTOR; Final distribution | 8200-000 | 0.00 |
| Kerri-Lyn Tannenbaum Trust | payment of surplas estate to debtor | 8200-002 | 0.00 |
| Clerk of the Bankruptcy Court, Northern District, IL | | 8200-002 | 166,134.77 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$166,134.77** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (4/1/2009)**

**EXHIBIT 3 −SECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL SECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 55,749.55 | 55,749.55 | 55,749.55 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 591.42 | 591.42 | 591.42 |
| Kinnally, Flaherty, Krentz & Loran, P.C. | 3210-000 | N/A | 1,000,000.00 | 1,000,000.00 | 1,000,000.00 |
| Kinnally, Flaherty, Krentz& Loran, P.C. | 3220-000 | N/A | 15,188.21 | 15,188.21 | 15,188.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $1,071,529.18 | $1,071,529.18 | $1,071,529.18 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (4/1/2009)**

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| American Express Centurion Bank | 7100-000 | N/A | 2,717.39 | 2,717.39 | 2,717.39 |
| American Express Centurion Bank | 7990-000 | N/A | 295.78 | 295.78 | 295.78 |
| Kohl's Department Store | 7100-000 | N/A | 858.64 | 858.64 | 858.64 |
| Kohl's Department Store | 7990-000 | N/A | 93.46 | 93.46 | 93.46 |
| Bank One | 7200-000 | N/A | 7,589.10 | 7,589.10 | 7,589.10 |
| Bank One | 7990-000 | N/A | 826.05 | 826.05 | 826.05 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $0.00 | $12,380.42 | $12,380.42 | $12,380.42 |

**UST Form 101-7-TDR (4/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-01890     **Trustee:** (330380) JOSEPH R. VOILAND
**Case Name:** TANNENBAUM, KERRI-LYN     **Filed (f) or Converted (c):** 01/20/05 (f)
    **§341(a) Meeting Date:** 02/15/05
**Period Ending:** 09/25/09     **Claims Bar Date:** 05/08/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | checking acct. - West Suburban Bank | Unknown | 0.00 | DA | 0.00 | FA |
| 2 | household goods | 500.00 | 0.00 | DA | 0.00 | FA |
| 3 | wering apparel | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | 2000 Honda Civic | 3,900.00 | 1,200.00 | DA | 0.00 | FA |
| 5 | medical aids and equipment | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | personal injury claim (u) | Unknown | 492,500.00 | | 1,250,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 44.37 | FA |
| 7 | Assets   Totals (Excluding unknown values) | **$6,400.00** | **$493,700.00** | | **$1,250,044.37** | **$0.00** |

**Major Activities Affecting Case Closing:**

The Trustee's Final Report was filed with the Court on 12/24/2008.

**Initial Projected Date Of Final Report (TFR):**    June 30, 2007     **Current Projected Date Of Final Report (TFR):**    December 24, 2008 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05-01890  
**Case Name:** TANNENBAUM, KERRI-LYN  

**Taxpayer ID #:** 61-6365611  
**Period Ending:** 09/25/09  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****62-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/12/08 | {6} | Western Litigation, Inc. | settlement proceeds med mal claim | 1242-000 | 500,000.00 | | 500,000.00 |
| 11/12/08 | {6} | Martin Boyer Company, Inc. | settlement proceeds med mal claim | 1242-000 | 750,000.00 | | 1,250,000.00 |
| 11/14/08 | 1001 | Kinnally, Flaherty, Krentz & Loran, P.C. | payment of attorney fees per Court Order of 8/14/2008 | 3210-000 | | 1,000,000.00 | 250,000.00 |
| 11/14/08 | 1002 | Kinnally, Flaherty, Krentz & Loran, P.C. | payment of costs and expenses per order of court dated 8/14/2008 | 3220-000 | | 15,188.21 | 234,811.79 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 21.34 | | 234,833.13 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 16.65 | | 234,849.78 |
| 01/21/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 6.38 | | 234,856.16 |
| 01/21/09 | | To Account #********6266 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 234,856.16 | 0.00 |
| | | | ACCOUNT TOTALS | | 1,250,044.37 | 1,250,044.37 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 234,856.16 | |
| | | | **Subtotal** | | **1,250,044.37** | **1,015,188.21** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,250,044.37** | **$1,015,188.21** | |

{} Asset reference(s)

Printed: 09/25/2009 01:52 PM   V.11.50

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-01890  
**Case Name:** TANNENBAUM, KERRI-LYN  

**Taxpayer ID #:** 61-6365611  
**Period Ending:** 09/25/09  

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****62-66 - Checking Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/21/09 | | From Account #********6265 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 234,856.16 | | 234,856.16 |
| 01/23/09 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $55,749.55, Trustee Compensation; Reference: | 2100-000 | | 55,749.55 | 179,106.61 |
| 01/23/09 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $591.42, Trustee Expenses; Reference: | 2200-000 | | 591.42 | 178,515.19 |
| 01/23/09 | 103 | American Express Centurion Bank | Dividend paid 100.00% on $2,717.39; Claim# 1; Final distribution | 7100-000 | | 2,717.39 | 175,797.80 |
| 01/23/09 | 104 | Kohl's Department Store | Dividend paid 100.00% on $858.64; Claim# 2; Final distribution | 7100-000 | | 858.64 | 174,939.16 |
| 01/23/09 | 105 | Bank One | Dividend paid 100.00% on $7,589.10; Claim# 3; Final distribution | 7200-000 | | 7,589.10 | 167,350.06 |
| 01/23/09 | 106 | American Express Centurion Bank | Dividend paid 100.00% on $295.78; Claim# 1I; Final distribution | 7990-000 | | 295.78 | 167,054.28 |
| 01/23/09 | 107 | Kohl's Department Store | Dividend paid 100.00% on $93.46; Claim# 2I; Final distribution | 7990-000 | | 93.46 | 166,960.82 |
| 01/23/09 | 108 | Bank One | Dividend paid 100.00% on $826.05; Claim# 3I; Final distribution | 7990-000 | | 826.05 | 166,134.77 |
| 01/23/09 | 109 | TANNENBAUM, KERRI-LYN | SURPLUS TO DEBTOR; Final distribution Voided on 02/07/09 | 8200-000 | | 166,134.77 | 0.00 |
| 02/07/09 | 109 | TANNENBAUM, KERRI-LYN | SURPLUS TO DEBTOR; Final distribution Voided: check issued on 01/23/09 | 8200-000 | | -166,134.77 | 166,134.77 |
| 02/07/09 | 110 | Kerri-Lyn Tannenbaum Trust | payment of surplas estate to debtor Stopped on 08/11/09 | 8200-002 | | 166,134.77 | 0.00 |
| 08/11/09 | 110 | Kerri-Lyn Tannenbaum Trust | payment of surplas estate to debtor Stopped: check issued on 02/07/09 | 8200-002 | | -166,134.77 | 166,134.77 |
| 08/11/09 | 111 | Clerk of the Bankruptcy Court, Northern District, IL | | 8200-002 | | 166,134.77 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 234,856.16 | 234,856.16 | $0.00 |
| | | | Less: Bank Transfers | | 234,856.16 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 234,856.16 | |
| | | | Less: Payments to Debtors | | | 166,134.77 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$68,721.39** | |

{} Asset reference(s)        Printed: 09/25/2009 01:52 PM    V.11.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 05-01890 | | **Trustee:** | JOSEPH R. VOILAND (330380) |
| **Case Name:** | TANNENBAUM, KERRI-LYN | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | | **Account:** | ***-*****62-66 - Checking Account |
| **Taxpayer ID #:** | 61-6365611 | | **Blanket Bond:** | $50,000,000.00   (per case limit) |
| **Period Ending:** | 09/25/09 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****62-65 | 1,250,044.37 | 1,015,188.21 | 0.00 |
| Checking # ***-*****62-66 | 0.00 | 68,721.39 | 0.00 |
| | $1,250,044.37 | $1,083,909.60 | $0.00 |