IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| KERRI-LYN TANNENBAUM, | ) BANKRUPTCY NO. 05 B 1890 |
| | ) |
| DEBTOR | ) |

### ORDER DIRECTING PAYMENT OF FUNDS TO DEBTOR

This matter coming on to be heard on Motion of Joseph R. Voiland, Trustee for an order directing payment of funds held in the registry of the Court to Kerri-Lyn Tannenbaum, the Debtor in the above captioned case, it appearing to the Court that the Debtor has noticed the United States Attorney as required by 28 U.S.C., Section 2041 et. seq., the Court being fully advised in the premises;

IT IS SO ORDERED that all of the funds (in the approximate amount of $166,134.77) held for the benefit of Debtor, Kerri-Lyn Tannenbaum paid in pursuant to 11 U.S.C., Section 347, be paid to Kerri-Lyn Tannenbaum and mailed to Kinnally, Flaherty, Krentz & Loran, 2114 Deerpath Road, Aurora, IL 60506.

DATED: 10/15/09

ENTER: *Carl G. Doyle*
_____
BANKRUPTCY JUDGE

ORIGINAL